UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
MISS JONES LLC,

           Plaintiff,

           v.

JEWELLENN McCORMICK and NEW YORK
CITY ENVIRONMENTAL CONTROL BOARD,

           Defendants.
-----------------------------------------------------------------x

**ORDER**
16-CV-7129 (WFK) (RER)

**WILLIAM F. KUNTZ, II, United States District Judge:**

On April 12, 2017, Miss Jones LLC ("Plaintiff") filed a motion for default judgment, computation of sums due, and a judgment of foreclosure and sale, ECF No. 14, which this Court referred to Magistrate Judge Ramon E. Reyes for a Report & Recommendation ("R&R"), ECF No. 15. After having reviewed Plaintiff's motion and accompanying exhibits, Magistrate Judge Reyes issued an R&R in which he recommended that this Court: (1) grant Plaintiff's motion with respect to defendant Jewellenn McCormick ("McCormick"); (2) grant Plaintiff's motion for foreclosure and sale with regard to the subject property at 730 Madison Street in Brooklyn, New York (the "Property"); (3) appoint a referee to direct the sale of the Property; (4) enter a deficiency judgment equal to the difference between (a) the current outstanding debt of $171,622.83 plus interest of $28.50 per day from April 21, 2016, through the date of the sale and (b) the amount received at the foreclosure sale plus the reasonable costs and fees thereof; and (5) deny Plaintiff's motion as to defendant the New York City Environmental Control Board. R&R at 1, 4, ECF No. 16. None of the parties filed objections to the R&R, and thus both parties have waived any objections thereto. *See id.* at 4 (citing 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72).

After conducting a *de novo* review of the record, the Court hereby ADOPTS in whole the findings and recommendations made by Magistrate Judge Reyes in his R&R based on the reasoning provided therein.

SO ORDERED.

Dated: October 25, 2017
Brooklyn, New York

s/ WFK
HON. WILLIAM F. KUNTZ, II
UNITED STATES DISTRICT JUDGE